UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                          DATE: November 3, 1999

CIVIL NO. 97-2819 (DRD)

COURTROOM DEPUTY:  Janet **GONZALEZ**

===============================================================
PALMER STOUTT                              Attorneys: Harry ANDUZE

    Plaintiffs

    v.

BANCO POPULAR DE PUERTO RICO              Anabell RODRIGUEZ &
                                                           Carmen T. UBARRI

    Defendants
===============================================================

    Pretrial Conference scheduled for today is premature.  Defendants filed today a Motion To Dismiss due to plaintiff's failure to comply with the extensions granted by Court for taking of depositions, specifically that of Palmer Stoutt.

    The plaintiff is instructed to respond to defendant's Motion to Dismiss.  Thereafter matter will stand submitted.

    Defendants' Motion requesting an extension of time to file dispositive motions, Dkt. No. 44, is granted.  Other than defendants' motion filed today, there are no motions pending.

                                              _____
                                                 COURTROOM DEPUTY

s/c: Counsel of record

2

