# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Palmer Paxton Stoutt et al_       CIVIL NO. _97-2819_ (DRD)

v.

Defendant(s) _Banco Popular de Puerto Rico, et al_

RECEIVED & FILED
1999 NOV -3 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. _44_ | ☑ GRANTED. |
| Date: _April 30, 1999_. | ☐ DENIED. |
| Title: _Motion requesting extension of time to file dispositive motions._ | ☐ MOOT. |
| | ☐ NOTED. |

_On May 12, 1999, the Court granted a stay of discovery proceedings but failed to stay the deadline for filing dispositive motions. The Court hereby stays said deadlines and grants co-defendant's request. Dispositive motions are to be filed 30 days as of the conclusion of discovery._

Date: ___NOV 13 1999___.

_(signature)_

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

