# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Plaintiff(s) *Palmer Paxton Stoutt et al*   CIVIL NO. *97-2819* (DRD)

v.

Defendant(s) *Banco Popular de P.R. et al*

| MOTION | ORDER |
|---|---|
| Docket entry no. *50* | ❏ GRANTED. |
| Date: *Dec 16 / 1999* | ☒ DENIED. |
| Title: *Leave to file reply* | ❏ MOOT. |
|  | ❏ NOTED. |

IT IS SO ORDERED.

Date: *1 / 31 / 2000*

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**