UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                     DATE: May 17, 2000

**CIVIL NO. 97-2819 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

======================================================================

PALMER STOUTT                                     Attorneys: Harry ANDUZE
                                                             Raúl MARIANI
    Plaintiffs

v.

BANCO POPULAR DE PUERTO RICO                      Ivonne PALERM &
                                                  Carmen L. UBARRI
    Defendants
======================================================================

Pretrial Conference scheduled for today could not be held due to motions pending.

Defendants' Motion for extension of time, Dkt. No. 63), to oppose plaintiff's Motion for reconsideration (Dkt. No. 61) and Omnibus Motion to Compel (Dkt. No. 62) is granted.  Defendants are granted **five days** to respond to these motions.  Thereafter, motions will stand submitted.

The Court urges counsel to explore settlement.

_____
COURTROOM DEPUTY

s/c: Counsel of record