UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PALMER PAXTON STOUTT, et al.

v.          Case Number: 97-2819(DRD)

BANCO POPULAR DE PUERTO
RICO, et al.

### ORDER

Pending before the Court are Docket Nos. 76, 77, 78 and 79. The Court rules as follows:

| Docket No. | Ruling | Motion |
|---|---|---|
| 76 | GRANTED | Motion Requesting Leave to Withdraw as Legal Representative; December 21, 2000. |
| 77 | DENIED | Motion Requesting Reconsideration of Order Dated December 5, 2000; December 26, 2000. |

Again, the Court revisits the issue of whether it properly excluded plaintiffs' experts because of plaintiffs' failure to comply with Court imposed deadlines. The Court is convinced that plaintiffs were treated with extreme lenity by extending the discovery deadlines numerous times. Notwithstanding, plaintiffs failed time and time again to comply with the imposed deadlines at their own peril. The Court **still** remains unpersuaded by plaintiffs' arguments. Therefore, plaintiffs' second motion for reconsideration is **DENIED**. Further, see reasons stated in original order (Docket No. 61) and Reconsideration (Docket No. 72). The Court deems this matter foreclosed.

| | | |
|---|---|---|
| 78 | GRANTED/MOOT | Motion for Enlargement of Time to File Opposition; January 17, 2001. |
| 79 | GRANTED/MOOT | Motion Requesting Extension of Time; January 23, 2001. |
| 80 | GRANTED | Motion Requesting Leave to Withdraw as Legal Representative; January 26, 2001. |

Attorney Ivonne Palerm with the law firm of Martinez, Odell & Calabria will no longer represent co-defendant Banco Popular. However, the law firm Martinez, Odell & Calabria will continue to represent co-defendant.





| | | |
|---|---|---|
| **81** | **GRANTED** | **Motion Requesting Leave to Withdraw as Counsel and Announcing New Legal Representation; January 31, 2001.** |

Attorney Carmen Teresa Ubarri with the law firm Martinez, Odell & Calabria will no longer continue to represent co-defendant Banco Popular. The law firm Martinez, Odell & Calabria will continue to represent co-defendant's interests in this case. The Court grants co-defendant **twenty (20) days** after receipt of this order to announce the appearance of new counsel for co-defendant.

| | | |
|---|---|---|
| **82** | **DENIED** | **Motion Requesting Hearing for Arguments Related to Request for Reconsideration Filed on December 26th, 2000; February 1, 2001.** |

The request is DENIED. See Order for Docket No. 77.

| | | |
|---|---|---|
| **83** | **GRANTED/MOOT** | **Motion Requesting Extension of Time; February 2, 2001.** |
| **84** | **GRANTED** | **Motion to Deny Oral Argument or for Extension of Time; February 9, 2001.** |

The request is GRANTED. See Order for Docket No. 77.

| | | |
|---|---|---|
| **85** | **GRANTED/MOOT** | **Motion for Further Enlargement of Time; February 12, 2001.** |
| **87** | **GRANTED** | **Motion for Further Enlargement of Time; March 6, 2001.** |

Plaintiffs' request for an enlargement of time to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiffs are granted **twenty (20) days** after receipt of this order to file an opposition. **NO FURTHER EXTENSIONS SHALL BE GRANTED**.

**IT IS SO ORDERED.**

March 27, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge