UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PALMER PAXTON STOUTT, et al.
  Plaintiff,

v.                                                        CIV. No. 97-2819 (DRD)

BANCO POPULAR DE PUERTO RICO, et al.
  Defendant.

## JUDGMENT

For the reasons set forth in the Opinion and Order entered on this same date, Plaintiff's federal and state causes of action are **DISMISSED WITH PREJUDICE.**

**IT SO ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 24 day of July, 2001.

_____
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

C:\WINDOWS\DESKTOP\97-2819jt