UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PALMER PAXTON STOUTT, ET AL
    Plaintiffs

v.                                  CIVIL NO. 97-2819 (DRD)

BANCO POPULAR DE PUERTO RICO,
ET ALS
    Defendants

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Palmer Paxton Stoutt, Rancal International, Inc. and Rancal Corp., LTD. by their undersigned attorneys, hereby appeal to the U.S. Court of Appeals for the First Circuit from the Judgment entered by the District Court of Puerto Rico in this case on July 24, 2001.

Respectfully submitted.

In San Juan, Puerto Rico this 8th day of August, 2001.

**I HEREBY CERTIFY**, that on this same date a true and faithful copy of the foregoing motion has been mailed to **Giancarlo Font García**, Martínez Odell & Calabria, PO Box 190998, San Juan, PR 00918-0998.

HARRY ANDUZE MONTAÑO-114910
1225 Ponce de Leon Avenue, PH-1
San Juan, Puerto Rico 00907
Tel. (787) 723-7171/Fax. (787) 723-7278

RAUL S. MARIANI FRANCO-210309
PO Box 9022864
San Juan PR 00902-2864
Tel. (787) 722-2997/Fax (787) 722-2676

srpG:\DATA\HAM\MOTIONS\975- APPEAL.doc