UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PALMER PAXTON STOUTT, ET AL

    Plaintiffs

    v.                              CIVIL NO. 97-2819 (DRD)

BANCO POPULAR DE PUERTO RICO,
ET ALS

    Defendants

### AMENDED NOTICE OF APPEAL

TO THE HONORABLE COURT:

Palmer Paxton Stoutt, Rancal International, Inc. and Rancal Corp., LTD. by their undersigned attorneys, hereby appeal to the U.S. Court of Appeals for the First Circuit from the Judgment entered by the District Court of Puerto Rico in this case on July 24, 2001. The aforementioned appellants also appeal from the following orders issued by the Court prior to the entry of Judgment:

    a-     Order dated March 15, 1999 granting Banco Popular de Puerto Rico Motion to Amend Answer. (Docket No. 400)

    b-     Order dated April 12, 2000 granting Banco Popular de Puerto Rico Motion for exclusion of expert testimony pursuant to Fed. R. Civ. P. 37. (Docket No. 60)

    c-     Order dated December 8, 2000 denying Plaintiffs' Motion for Reconsideration. (Docket No. 72)



    d-    Order dated March 27, 2000 denying Plaintiffs' motion for reconsideration. (Docket 88)

    e.    Opinion and order dated June 24, 2000. (Docket No. 95)

Respectfully submitted.

In San Juan, Puerto Rico this 14th day of August, 2001.

**I HEREBY CERTIFY**, that on this same date a true and faithful copy of the foregoing motion has been mailed to **Giancarlo Font García**, Martínez Odell & Calabria, PO Box 190998, San Juan, PR 00918-0998.

HARRY ANDUZE MONTAÑO-114910
1225 Ponce de León Avenue, PH-1
San Juan, Puerto Rico 00907
Tel. (787) 723-7171/Fax. (787) 723-7278

RAUL S. MARIANI FRANCO-210309
PO Box 9022864
San Juan PR 00902-2864
Tel. (787) 722-2997/Fax (787) 722-2676

srp

G:\DATA\HAM\MOTIONS\975- APPEAL.doc